UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

LYNN TEWKSBURY

                Plaintiff,

-against-

FRANK DOWLING, M.D. and
THOMAS ARONSON, M.D.

                Defendants.

-----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2005 ★

LONG ISLAND OFFICE

**JUDGMENT IN A CIVIL CASE**
**CV 97-5130 (CRW)**

      A jury was selected on October 24, 2005, and the trial commenced on October 31, 2005 and the parties having presented evidence, authorities and argument, and having closed the evidence on November 10, 2005 and the jury having deliberated and returned a verdict on November 10, 2005,

**IT IS HEREBY ORDERED AND ADJUDGED,** that Judgment is entered in favor of the defendants and against the plaintiff at plaintiff's costs and the Amended Complaint is dismissed on the merits.

**Dated: November 14, 2005**
**Central Islip, New York**

                **ROBERT C. HEINEMANN**
                **CLERK OF THE COURT**

                *[signature]*

                **By Daniel Romano**
                **Deputy Clerk**